

YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲•
MARK ROZENBERG •
KENNETH WILLARD▲•

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions

AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2022

September 29, 2022

**Via CM/ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York

RE:  *Zinnamon v. BatteryClerk, LLC*
     Case No.: 1:22-cv-02451-CM

Dear Judge McMahon:

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a thirty-one (31) day extension of time for the parties to file an application to reopen this matter, if necessary. The new due date would be Monday, November 1, 2022. The requested extension will afford the parties an opportunity to execute our settlement agreement.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

MEMO ENDORSED

Extension granted.

Colleen McMahon
9/30/2022